```
 1  JOHN S. GORDON
    United States Attorney
 2  RONALD L. CHENG
    Assistant United States Attorney
 3  Acting Chief, Criminal Division
    BARBARA A. MASTERSON
 4  Assistant United States Attorney
    Major Crimes Section
 5  California Bar # 149010
         1500 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-0552
         Facsimile: (213) 894-3713
 8
    Attorneys for Plaintiff
 9  United States of America
```



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 01-651-FMC |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE & order thereon |
| v. | ) | |
| | ) | |
| RICHARD TODD RANSOPHER, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through its counsel of record the United States Attorney for the Central District of California, and defendant Richard Todd Ransopher, by and through his counsel of record Ellen M. Barry, hereby stipulate to a continuance of the status conference in the above-captioned cause presently set for January 7, 2002, to January 14, 2002. The reasons for the requested continuance are the following:

1.  The parties have been actively engaged in plea negotiations, including a plea to federal criminal charges relating to possession of child pornography in the Southern District of California. The parties anticipate that the status conference on

1 | January 14, 2002, will encompass a change of plea pursuant to a plea
2 | agreement.
3 |     2.   Counsel for defendant has a preliminary hearing in state
4 | court scheduled for the morning of Monday, January 7, 2002, which
5 | may conflict with the status conference in this matter as presently
6 | scheduled.
7 |     For the foregoing reasons, the parties respectfully request the
8 | Court to continue the status conference from January 7, 2002 to
9 | January 14, 2002.
10 |     IT IS SO STIPULATED.
11 | DATED: January 3, 2002        JOHN S. GORDON
                                     United States Attorney

RONALD L. CHENG
Assistant United States Attorney
Acting Chief, Criminal Division

*[signature]*
BARBARA A. MASTERSON
Assistant United States Attorney
Major Crimes Section

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: January 3, 2002    *[signature]* (per phone authorization 1/3/02)
                             ELLEN M. BARRY

Attorney for Defendant
RICHARD TODD RANSOPHER

[PROPOSED] ORDER

BASED ON THE PARTIES' STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the status conference, presently scheduled for January 7, 2002, is continued to January 14, 2002, at 1:30 p.m.

IT IS SO ORDERED this 7th day of January, 2002.

*/s/ Florence-Marie Cooper*

HONORABLE FLORENCE-MARIE COOPER
United States District Judge

## CERTIFICATE OF SERVICE BY MAIL

**I, RAQUEL J. GARCIA declare:**

That I am a citizen of the United States and resident or employed in Los Angeles County, California, that my business address is Office of United States Attorney, U.S. Courthouse, 312 N. Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action.

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District court for the Central District of California, at whose direction the service by mail described in this Certificate was made on; that on January 3, 2002, I deposited in the United States mails in at the U.S. Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage,

a copy of:   **STIPULATION TO CONTINUE STATUS CONFERENCE**

addressed to:

    ELLEN BARRY
    316 WEST SECOND STREET
    SUITE 1202
    LOS ANGELES, CALIFORNIA 90012

at <u>her</u> last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on January 3, 2002, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

                                */s/ Raquel J. Garcia*
                                RAQUEL J. GARCIA